1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

9
10

LAWRENCE D. WILLIAMS                    CASE NO.     1:13-cv-185-AWI-MJS

                            Plaintiff,         ORDER GRANTING MOTION TO
                                               PROCEED IN FORMA PAUPERIS
11

12
        v.

13
BOBBY GLENN WILSON,                     (ECF No. 2)

14
                    Defendants.

15
_____/

16

17        Lawrence D. Williams ("Plaintiff") proceeds pro se in this action.  Plaintiff filed a

18  Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on February 06, 2013.

19
20  (ECF No. 2.)   The Court has reviewed the Motion and finds that Plaintiff's application

    demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion
21

22  to Proceed in forma pauperis is therefore GRANTED.

23

24

25  IT IS SO ORDERED.

26

27  Dated:  __February 12, 2013__      ___/s/ _Michael J. Seng_____

                                       UNITED STATES MAGISTRATE JUDGE