# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE D. WILLIAMS | CASE NO.   1:13-cv-185-AWI-MJS |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| BOBBY GLENN WILSON, | (ECF No. 2) |
| Defendants. | |

Lawrence D. Williams ("Plaintiff") proceeds pro se in this action.  Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on February 06, 2013. (ECF No. 2.)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   February 12, 2013            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE